IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MAURICIO FEBRES | § | CASE NUMBER:21-10643 |
| | § | CHAPTER 7 |
| DEBTOR | § | |
| | § | |

**PAYMENT ADVICES**



May 28, 2021

To whom it may concern:

Please find the following information regarding payments made to Mauricio Febres for services provided under their Independent Contractor Agreement.

Mauricio Febres is/was an independent contractor who provided services as a personal shopper and/or delivery driver through the Instacart platform from approximately March 22, 2020 to May 28, 2021. Earnings generally comprise of a combination of per item and per delivery payments and/or tips. As an independent contractor, service availability is dictated by the individual and no employee benefits are provided (e.g., workers' compensation insurance or sick pay) by Instacart. Individual did not report to a manager.

Mauricio Febres is/was an independent contractor who provided services as a personal shopper and/or delivery driver through the Instacart platform from approximately March 22, 2020 to May 28, 2021. Under the individual's Independent Contractor Agreement, earnings generally consist of a payment for the order that is based on factors such as the retailer type, store location, number of items, and any applicable incentive, and customer tips. As an independent contractor, service availability is dictated by the individual and no employee benefits are provided (e.g., workers' compensation insurance or sick pay) by Instacart. This individual did not report to a manager.

**Payments for Services Provided between November 01, 2020 and April 30, 2021: $5,864.36 USD**

See below for detailed payment information.

For more information, please contact us at *verifications@instacart.com*.


Very sincerely,

**Instacart Verifications Team**
888-246-7822 (US)
888-508-1922 (CAD)

| PAID DATE | AMOUNT PAID |
|---|---|
| April 27, 2021 | $272.62 USD |
| April 20, 2021 | $142.52 USD |
| March 30, 2021 | $139.15 USD |
| March 23, 2021 | $141.87 USD |
| March 16, 2021 | $73.85 USD |
| March 09, 2021 | $166.58 USD |
| March 02, 2021 | $299.23 USD |
| February 16, 2021 | $154.43 USD |
| February 09, 2021 | $52.43 USD |
| February 02, 2021 | $299.29 USD |

| PAID DATE | AMOUNT PAID |
|---|---|
| January 26, 2021 | $120.27 USD |
| January 19, 2021 | $380.17 USD |
| January 12, 2021 | $541.71 USD |
| January 05, 2021 | $533.30 USD |
| December 29, 2020 | $464.31 USD |
| December 22, 2020 | $377.87 USD |
| December 15, 2020 | $339.76 USD |
| December 08, 2020 | $433.45 USD |
| December 01, 2020 | $283.80 USD |
| November 24, 2020 | $195.69 USD |
| November 17, 2020 | $275.44 USD |
| November 10, 2020 | $22.88 USD |
| November 03, 2020 | $153.74 USD |
| TOTAL | $5,864.36 USD |



Mauricio Febres

×

**Driver**

Dashboard (/drive/dashboard)

Driving History (/drive/year)

Driver Info (/drive/driver-info)

Vehicles (/drive/documents)

Tutorials (/drive/tutorials)

Rate Card (/drive/rate-card)

Tax Information (/drive/tax-information)

Payout Information (/drive/payouts)

Waybill (/drive/waybill)

Lyft Store (https://www.lyft-store.com)

Driver Referrals (/drive/referrals)

Passenger Referrals (/passenger/referrals)

Connected Services (/connected-services? connectedServiceId&toast)

Gift Cards (/gift/history)

Help (https://help.lyft.com)

← Back to all of 2020 (/drive/year/2020)

## Dec 14 – Dec 20, 2020

Mauricio Febres

DOWNLOAD WEEKLY SUMMARY



| | $110.02 | |
|---|---|---|
| | Net earnings | |
| **10** | **3h 30m** | **4h 43m** |
| Rides | Booked time | Online time |

| Earnings | |
|---|---|
| Ride Earnings | $75.83 |
| Tips | $33.08 |
| Tolls | $1.11 |
| **Net earnings** | **$110.02** |

## Payout activity

| Dec 22 – 8:20 AM<br>Weekly payout | $110.02 |
|---|---|
| **Total payouts** | **$110.02** |

## Ride history

| Dec 18, 2020 (Fri) 10 rides | $110.02 |
|---|---|

© Lyft, Inc. 2021
185 Berry Street, Suite 5000
San Francisco, CA 94107

**DISCOVER**

Safety (/safety)

Drive (/drive-with-lyft)

Cities (/cities)

Help (https://help.lyft.com)

Lyft for Work (https://get.lyft.com/mobility-solutions)

Lyft Promo Coupon Code (https://www.lyft.com/promo-coupon-code-free-rides)

Lyft Gift Cards (https://www.lyft.com/gift)

**ABOUT US**

Press (/press)

Careers (/careers)

Blog (http://blog.lyft.com)

Partnerships (/partnerships)

Developers (/developers)

**DRIVERS**



Portal (/drive/dashboard)

Log Out (/logout)

Mauricio Febres

(https://twitter.com/lyft)  (https://www.facebook.com/lyft)  (http://instagram.com/lyft)

© 2021 Lyft  ·  Terms (/terms)  ·  Privacy (/privacy)

Back to top



×       Mauricio Febres

**Driver**

Dashboard (/drive/dashboard)

Driving History (/drive/year)

Driver Info (/drive/driver-info)

Vehicles (/drive/documents)

Tutorials (/drive/tutorials)

Rate Card (/drive/rate-card)

Tax Information (/drive/tax-information)

Payout Information (/drive/payouts)

Waybill (/drive/waybill)

Lyft Store (https://www.lyft-store.com)

Driver Referrals (/drive/referrals)

Passenger Referrals (/passenger/referrals)

Connected Services (/connected-services?
connectedServiceId&toast)

Gift Cards (/gift/history)

Help (https://help.lyft.com)

← Back to all of 2021 (/drive/year/2021)

## Feb 08 – Feb 14, 2021

Mauricio Febres

[ DOWNLOAD WEEKLY SUMMARY ]



| | | |
|---|---|---|
| **$18.37** | | |
| Net earnings | | |
| 2 | 36m | 2h 19m |
| Rides | Booked time | Online time |

| Earnings | |
|---|---|
| Ride Earnings | $16.61 |
| Tolls | $1.76 |
| **Net earnings** | **$18.37** |

### Payout activity

| | |
|---|---|
| Feb 16 – 8:43 AM<br>Weekly payout | $18.37 |
| **Total payouts** | **$18.37** |

### Ride history

| | |
|---|---|
| Feb 8, 2021 (Mon) 2 rides | $18.37 |

© Lyft, Inc. 2021
185 Berry Street, Suite 5000
San Francisco, CA 94107

**DISCOVER**

Safety (/safety)

Drive (/drive-with-lyft)

Cities (/cities)

Help (https://help.lyft.com)

Lyft for Work (https://get.lyft.com/mobility-solutions)

Lyft Promo Coupon Code (https://www.lyft.com/promo-coupon-code-free-rides)

Lyft Gift Cards (https://www.lyft.com/gift)

**ABOUT US**

Press (/press)

Careers (/careers)

Blog (http://blog.lyft.com)

Partnerships (/partnerships)

Developers (/developers)

**DRIVERS**

Portal (/drive/dashboard)

Log Out (/logout)



Mauricio Febres

×

🐦 **(https://twitter.com/lyft)**    **f** **(https://www.facebook.com/lyft)**    📷 **(http://instagram.com/lyft)**

© 2021 Lyft  ·  Terms (/terms)  ·  Privacy (/privacy)

Back to top



×                                                                        Mauricio Febres

**Driver**

Dashboard (/drive/dashboard)

Driving History (/drive/year)

Driver Info (/drive/driver-info)

Vehicles (/drive/documents)

Tutorials (/drive/tutorials)

Rate Card (/drive/rate-card)

Tax Information (/drive/tax-information)

Payout Information (/drive/payouts)

Waybill (/drive/waybill)

Lyft Store (https://www.lyft-store.com)

Driver Referrals (/drive/referrals)

Passenger Referrals (/passenger/referrals)

Connected Services (/connected-services?
connectedServiceId&toast)

Gift Cards (/gift/history)

Help (https://help.lyft.com)

← Back to all of 2021 (/drive/year/2021)

## May 03 – May 09, 2021

Mauricio Febres

DOWNLOAD WEEKLY SUMMARY

| | $97.31 | |
|---|---|---|
| | Net earnings | |
| 9 | 2h 14m | 2h 43m |
| Rides | Booked time | Online time |

| Earnings | |
|---|---|
| Ride Earnings | $53.13 |
| Tips | $14.79 |
| Bonuses | $29.39 |
| **Net earnings** | **$97.31** |

## Payout activity

| May 11 – 7:44 AM Weekly payout | $97.31 |
|---|---|
| **Total payouts** | **$97.31** |

## Ride history

| May 7, 2021 (Fri) 4 rides | **$31.41** |
|---|---|
| May 6, 2021 (Thu) 1 ride | **$9.14** |
| May 5, 2021 (Wed) 4 rides | **$56.76** |

© Lyft, Inc. 2021
185 Berry Street, Suite 5000
San Francisco, CA 94107

**DISCOVER**

Safety (/safety)

Drive (/drive-with-lyft)

Cities (/cities)

Help (https://help.lyft.com)

Lyft for Work (https://get.lyft.com/mobility-solutions)

Lyft Promo Coupon Code (https://www.lyft.com/promo-coupon-code-free-rides)

**ABOUT US**

Press (/press)

Careers (/careers)

Blog (http://blog.lyft.com)

Partnerships (/partnerships)

Developers (/developers)

Lyft Gift Cards (https://www.lyft.com/gift)

**DRIVERS** ×

Mauricio Febres

Portal (/drive/dashboard)

Log Out (/logout)

(https://twitter.com/lyft)   (https://www.facebook.com/lyft)   (http://instagram.com/lyft)

© 2021 Lyft · Terms (/terms) · Privacy (/privacy)

Back to top

**lyft**                                                                        ×                                        Mauricio Febres

**Driver**

Dashboard (/drive/dashboard)

Driving History (/drive/year)

Driver Info (/drive/driver-info)

Vehicles (/drive/documents)

Tutorials (/drive/tutorials)

Rate Card (/drive/rate-card)

Tax Information (/drive/tax-information)

Payout Information (/drive/payouts)

Waybill (/drive/waybill)

Lyft Store (https://www.lyft-store.com)

Driver Referrals (/drive/referrals)

Passenger Referrals (/passenger/referrals)

Connected Services (/connected-services?
connectedServiceId&toast)

Gift Cards (/gift/history)

Help (https://help.lyft.com)

← Back to all of 2020 (/drive/year/2020)

## Nov 02 – Nov 08, 2020

Mauricio Febres

[ DOWNLOAD WEEKLY SUMMARY ]

### $94.40

Net earnings

| 6 | 2h 54m | 4h 41m |
|---|---|---|
| Rides | Booked time | Online time |

**Earnings**

| Ride Earnings | $75.70 |
|---|---|
| Tips | $7.99 |
| Bonuses | $8.56 |
| Tolls | $2.15 |

| **Net earnings** | **$94.40** |
|---|---|

## Payout activity

| Nov 10 – 8:16 AM Weekly payout | $94.40 |
|---|---|
| **Total payouts** | **$94.40** |

## Ride history

| Nov 8, 2020 (Sun) 3 rides | **$26.26** |
|---|---|
| Nov 7, 2020 (Sat) 3 rides | **$68.14** |

© Lyft, Inc. 2021
185 Berry Street, Suite 5000
San Francisco, CA 94107

**DISCOVER**

Safety (/safety)

Drive (/drive-with-lyft)

Cities (/cities)

Help (https://help.lyft.com)

Lyft for Work (https://get.lyft.com/mobility-solutions)

Lyft Promo Coupon Code (https://www.lyft.com/promo-coupon-code-free-rides)

**ABOUT US**

Press (/press)

Careers (/careers)

Blog (http://blog.lyft.com)

Partnerships (/partnerships)

Developers (/developers)



Lyft Gift Cards (https://www.lyft.com/gift)

**DRIVERS**
×

Portal (/drive/dashboard)

Log Out (/logout)

Mauricio Febres

(https://twitter.com/lyft)     (https://www.facebook.com/lyft)     (http://instagram.com/lyft)

© 2021 Lyft  ·  Terms (/terms)  ·  Privacy (/privacy)
Back to top

lyft

× Mauricio Febres

**Driver**

Dashboard (/drive/dashboard)

Driving History (/drive/year)

Driver Info (/drive/driver-info)

Vehicles (/drive/documents)

Tutorials (/drive/tutorials)

Rate Card (/drive/rate-card)

Tax Information (/drive/tax-information)

Payout Information (/drive/payouts)

Waybill (/drive/waybill)

Lyft Store (https://www.lyft-store.com)

Driver Referrals (/drive/referrals)

Passenger Referrals (/passenger/referrals)

Connected Services (/connected-services?connectedServiceId&toast)

Gift Cards (/gift/history)

Help (https://help.lyft.com)

← Back to all of 2020 (/drive/year/2020)

## Nov 09 – Nov 15, 2020

Mauricio Febres

DOWNLOAD WEEKLY SUMMARY

### $82.43

Net earnings

| 12 | 2h 48m | 6h 13m |
|----|--------|--------|
| Rides | Booked time | Online time |

**Earnings**

| | |
|---|---|
| Ride Earnings | $76.43 |
| Tips | $6.00 |
| **Net earnings** | **$82.43** |

## Payout activity

| Nov 17 – 6:19 AM Weekly payout | $82.43 |
|---|---|
| **Total payouts** | **$82.43** |

## Ride history

| Nov 13, 2020 (Fri) 9 rides | $56.25 |
|---|---|
| Nov 12, 2020 (Thu) 3 rides | $26.18 |

© Lyft, Inc. 2021
185 Berry Street, Suite 5000
San Francisco, CA 94107

**DISCOVER**

Safety (/safety)

Drive (/drive-with-lyft)

Cities (/cities)

Help (https://help.lyft.com)

Lyft for Work (https://get.lyft.com/mobility-solutions)

Lyft Promo Coupon Code (https://www.lyft.com/promo-coupon-code-free-rides)

Lyft Gift Cards (https://www.lyft.com/gift)

**ABOUT US**

Press (/press)

Careers (/careers)

Blog (http://blog.lyft.com)

Partnerships (/partnerships)

Developers (/developers)

**DRIVERS**

Portal (/drive/dashboard)

Log Out (/logout)

Mauricio Febres

(https://twitter.com/lyft)     (https://www.facebook.com/lyft)     (http://instagram.com/lyft)

© 2021 Lyft   ·   Terms (/terms)   ·   Privacy (/privacy)

Back to top

**lyft**

× Mauricio Febres

## Driver

Dashboard (/drive/dashboard)

Driving History (/drive/year)

Driver Info (/drive/driver-info)

Vehicles (/drive/documents)

Tutorials (/drive/tutorials)

Rate Card (/drive/rate-card)

Tax Information (/drive/tax-information)

Payout Information (/drive/payouts)

Waybill (/drive/waybill)

Lyft Store (https://www.lyft-store.com)

Driver Referrals (/drive/referrals)

Passenger Referrals (/passenger/referrals)

Connected Services (/connected-services?connectedServiceId&toast)

Gift Cards (/gift/history)

Help (https://help.lyft.com)

← Back to all of 2020 (/drive/year/2020)

## Nov 23 – Nov 29, 2020

Mauricio Febres

[ DOWNLOAD WEEKLY SUMMARY ]

### $88.03

Net earnings

| 14 | 3h 13m | 6h 48m |
|---|---|---|
| Rides | Booked time | Online time |

| Earnings | |
|---|---|
| Ride Earnings | $81.92 |
| Tips | $5.00 |
| Tolls | $1.11 |
| **Net earnings** | **$88.03** |

## Payout activity

| Dec 01 – 8:25 AM<br>Weekly payout | $88.03 |
|---|---|
| **Total payouts** | **$88.03** |

## Ride history

| Nov 28, 2020 (Sat) 6 rides | **$45.63** |
|---|---|
| Nov 27, 2020 (Fri) 8 rides | **$42.40** |

© Lyft Inc. 2021
185 Berry Street, Suite 5000
San Francisco, CA 94107

**DISCOVER**

Safety (/safety)

Drive (/drive-with-lyft)

Cities (/cities)

Help (https://help.lyft.com)

Lyft for Work (https://get.lyft.com/mobility-solutions)

Lyft Promo Coupon Code (https://www.lyft.com/promo-coupon-code-free-rides)

Lyft Gift Cards (https://www.lyft.com/gift)

**ABOUT US**

Press (/press)

Careers (/careers)

Blog (http://blog.lyft.com)

Partnerships (/partnerships)

Developers (/developers)

**DRIVERS**

Portal (/drive/dashboard)

Log Out (/logout)

Mauricio Febres

(https://twitter.com/lyft)     (https://www.facebook.com/lyft)     (http://instagram.com/lyft)

© 2021 Lyft  ·  Terms (/terms)  ·  Privacy (/privacy)

Back to top

**lyft**

×                                                                                              Mauricio Febres

**Driver**

Dashboard (/drive/dashboard)

Driving History (/drive/year)

Driver Info (/drive/driver-info)

Vehicles (/drive/documents)

Tutorials (/drive/tutorials)

Rate Card (/drive/rate-card)

Tax Information (/drive/tax-information)

Payout Information (/drive/payouts)

Waybill (/drive/waybill)

Lyft Store (https://www.lyft-store.com)

Driver Referrals (/drive/referrals)

Passenger Referrals (/passenger/referrals)

Connected Services (/connected-services?connectedServiceId&toast)

Gift Cards (/gift/history)

Help (https://help.lyft.com)

← Back to all of 2020 (/drive/year/2020)

## Nov 16 – Nov 22, 2020

Mauricio Febres

**DOWNLOAD WEEKLY SUMMARY**

| | | |
|---|---|---|
| | **$22.64** | |
| | Net earnings | |
| **2** | **51m** | **2h 7m** |
| Rides | Booked time | Online time |

| Earnings | |
|---|---|
| Ride Earnings | $22.64 |
| **Net earnings** | **$22.64** |

## Payout activity

| | |
|---|---|
| Nov 24 – 8:40 AM<br>Weekly payout | $22.64 |
| **Total payouts** | **$22.64** |

## Ride history

| | |
|---|---|
| Nov 18, 2020 (Wed) 2 rides | **$22.64** |

© Lyft, Inc. 2021
185 Berry Street, Suite 5000
San Francisco, CA 94107

**DISCOVER**

Safety (/safety)

Drive (/drive-with-lyft)

Cities (/cities)

Help (https://help.lyft.com)

Lyft for Work (https://get.lyft.com/mobility-solutions)

Lyft Promo Coupon Code (https://www.lyft.com/promo-coupon-code-free-rides)

Lyft Gift Cards (https://www.lyft.com/gift)

**ABOUT US**

Press (/press)

Careers (/careers)

Blog (http://blog.lyft.com)

Partnerships (/partnerships)

Developers (/developers)

**DRIVERS**

Portal (/drive/dashboard)

Log Out (/logout)



(https://twitter.com/lyft)   (https://www.facebook.com/lyft)   (http://instagram.com/lyft)

Mauricio Febres

© 2021 Lyft  ·  Terms (/terms)  ·  Privacy (/privacy)

Back to top

Earnings

Weekly Earnings | Statements

April     2021

| Processing Status | Ending At | Total Payout | View | |
|---|---|---|---|---|
| Processed | April 26, 2021 | $249.05 | View statement | ⬇ Download CSV |
| Processed | April 19, 2021 | $7.18 | View statement | ⬇ Download CSV |
| Processed | April 17, 2021 | $284.61 | View statement | ⬇ Download CSV |

Earnings

Weekly Earnings  **Statements**

December  2020

| Processing Status | Ending At | Total Payout | View | |
|---|---|---|---|---|
| Processed | December 28, 2020 | $8.23 | View statement | ⬇ **Download CSV** |
| Processed | December 21, 2020 | $12.39 | View statement | ⬇ **Download CSV** |
| Processed | December 14, 2020 | $139.53 | View statement | ⬇ **Download CSV** |
| Processed | December 7, 2020 | $3.00 | View statement | ⬇ **Download CSV** |

Earnings

| Weekly Earnings | Statements |

February        2021

| Processing Status | Ending At | Total Payout | View | |
|---|---|---|---|---|
| Processed | February 15, 2021 | $10.07 | View statement | ⬇ **Download CSV** |
| Processed | February 8, 2021 | $34.63 | View statement | ⬇ **Download CSV** |

Earnings

Weekly Earnings     Statements

January          2021

No Statements Available

Earnings

Weekly Earnings     Statements

March          2021

No Statements Available

Earnings

Weekly Earnings    **Statements**

May          2021

| Processing Status | Ending At | Total Payout | Resultant balance | View | |
|---|---|---|---|---|---|
| Pending | May 28, 2021 | $0.00 | $171.49 | View statement | ⬇ **Download CSV** |
| Processed | May 24, 2021 | $655.01 | $0.00 | View statement | ⬇ **Download CSV** |
| Processed | May 17, 2021 | $829.19 | $0.00 | View statement | ⬇ **Download CSV** |
| Processed | May 10, 2021 | $492.97 | $0.00 | View statement | ⬇ **Download CSV** |
| Processed | May 3, 2021 | $138.52 | $0.00 | View statement | ⬇ **Download CSV** |
| Processed | May 1, 2021 | $429.28 | $0.00 | View statement | ⬇ **Download CSV** |

☰
Earnings

Weekly Earnings | **Statements**

November | 2020

| Processing Status | Ending At | Total Payout | View | |
|---|---|---|---|---|
| Processed | November 30, 2020 | $87.97 | View statement | ⬇ **Download CSV** |
| Processed | November 23, 2020 | $36.35 | View statement | ⬇ **Download CSV** |
| Processed | November 16, 2020 | $99.83 | View statement | ⬇ **Download CSV** |
| Processed | November 9, 2020 | $165.04 | View statement | ⬇ **Download CSV** |

14:52 ➤

**Earnings**  🏛  ❓

~~Get daily direct deposit for no fee~~

Apply for DasherDirect Prepaid Account

[ Learn more ]  Dismiss

## Past weeks

$26.40

$13.20

May 17 – May 23
$0.00

$0.00

Jan                    Mar

## April

| Apr 12 – Apr 18 | $24.00 › |
|---|---|

## March

| Mar 22 – Mar 28 | $10.00 › |
|---|---|

## February

| Feb 8 – Feb 14 | $15.00 › |
|---|---|

| Feb 1 – Feb 7 | $18.25 › |
|---|---|

◎ Dash   📅 Schedule   ◎ Account   ☆ Ratings   🏛 Earnings

14:52

# Earnings

| Day | Week |

< May 3 - May 9, 2021 >

## $25.71
Total earnings



| Mon | Tue | Wed | Thu | Fri | Sat | Sun |

| Delivery pay | $17.18 |
|---|---|
| Tips | $8.53 |
| GH contribution | $0.00 |
| Updated at end of day | |
| Adjustment pay | $0.00 |
| Bonus pay | $0 |

**View earnings activity**

14:52



## Earnings

| Day | Week |
|-----|------|

Apr 19 - Apr 25, 2021 ›

# $12.93
### Total earnings



| | |
|---|---|
| Delivery pay | $10.93 |
| Tips | $2.00 |
| GH contribution<br>Updated at end of day | $0.00 |
| Adjustment pay | $0.00 |
| Bonus pay | $0 |

**View earnings activity**