# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

Bankruptcy Case No.: 21−10643−tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Mauricio Alberto Febres** ,
Debtor(s)

## NOTICE OF REQUIREMENT TO FILE DEBTOR EDUCATION CERTIFICATE

Notice is hereby given that to be eligible to receive a discharge under Chapter 7 11 U.S.C. Section 727, the debtor must complete an instructional course concerning personal financial management as described in 11 U.S.C. Section 111. A review of the file in this case has determined that the debtor has not filed a Certification of Completion of Instructional Course Concerning Personal Financial Management.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that filing a Debtor Education Certificate proving compliance with the required instructional course must be completed within 60 days after the first date set for the 341 meeting of creditors. Failure to file the certificate by the time the case is eligible for a discharge will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Debtor Education Certificate, the debtor(s) must pay the full filing fee due for filing the motion.

Dated: 11/9/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Notice of Requirement to File Debtor Education Certificate (BK)] [NtcfildbedcrtBKap]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-10643-tmd |
| Mauricio Alberto Febres | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 09, 2021 | Form ID: 261 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mauricio Alberto Febres, 408 Freedom Park Ave, Liberty Hill, TX 78642-6417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Randolph N Osherow | rosherow@hotmail.com  rosherow@ecf.axosfs.com |
| Sean T. Flynn | on behalf of Debtor Mauricio Alberto Febres sean@seanflynnlaw.com ecf.seanflynnlaw@gmail.com;STFlynn@jubileebk.net;sean@ecf.courtdrive.com |
| Tara LeDay | on behalf of Creditor Williamson County tleday@mvbalaw.com vcovington@mvbalaw.com;alocklin@mvbalaw.com;bankruptcy@mvbalaw.com;pbowers@mvbalaw.com;vjames@mvbalaw.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 4